AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| ANDREA SOTO, individually and as successor in interest to Decedent Kenneth Andrew Soto <br><br> *Plaintiff(s)* <br> v. <br> COUNTY OF RIVERSIDE, JULIO OLGUIN AND DOES 1 THROUGH 10, INCLUSIVE <br><br> *Defendant(s)* | Civil Action No. 5:25-cv-00874-JGB-SHK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COUNTY OF RIVERSIDE, JULIO OLGUIN AND DOES 1 THROUGH 10, INCLUSIVE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jerry L. Steering (SBN 122509)
> Law Offices of Jerry Steering
> 4063 Birch Street, Suite 100
> Newport Beach, California 92660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/17/2025

*Signature of Clerk or Deputy Clerk*

Civil Action No. **5:25CV00874**   Case Name: **Andrea Soto, individually; et al. vs County of Riverside; et al.**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   **County of Riverside**
was received by me on   **April 18, 2025**

☐ I personally served the (( SEE DOCUMENTS ON ATTACHED LIST )) on the individual at   ,  ,   on   1:32 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with   , a person of suitable age and discretion who resides there, on *(date)*  , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to  **Katie Flores- Board Assistant - Person Authorized to Accept** , who is designated by law to accept service of process on behalf of  **County of Riverside**  on  **April 28, 2025  1:32 PM**

☐ I returned the above listed documents unexecuted because;

☐ other *(specify)*:

My fees are $ .00 for travel and $ 79.90 for services, for a total of $ 79.90

I declare under penalty of perjury that this information is true.

Date:  April 28, 2025

*Server's signature*

**John Llamas**
*Printed name and title*

**Contracted by DDS Legal Support**
**2900 Bristol Street**
**Costa Mesa, CA 92626**
**(714) 662-5555**
*Server's Address*

A0440-653114A

**DDS Legal Support**
2900 Bristol Street
Costa Mesa, CA 92626
Phone: (714) 662-5555   Fax: (714) 662-3379

Continued from Proof of Service

**CLIENT:** Jerry Steering Esq.

**CLIENT FILE #:** Andrea Soto v. County of Rivers        **DATE:** May 2, 2025

**SUBJECT:** County of Riverside

```
Notice of Assignment to United States Judges; Notice to Parties of
Court-Directed Adr Program; Notice to Counsel Re Consent to Proceed
Before a United States Magistrate Judge; Summons in a Civil Action;
First Amended Complaint; Affidavit Of Plaintiff Andrea Soto
Regarding Status As Successor In Interest To Kenneth Andrew Soto
```



Order#: 653114A/DocAtt2010

| Attorney or Party without Attorney:<br>Jerry L. Steering, SBN: 122509<br>Jerry Steering Esq.<br>4063 Birch St Ste 100<br>Newport Beach, CA 92660<br>　　　　　　　　　　　　E-MAIL ADDRESS (Optional): ruthsteering@yahoo.com;patricec.steeringlaw@yahoo.com<br>TELEPHONE No.: (949) 474-1849　　FAX No. (Optional): (949) 474-1883<br>Attorney for: Plaintiff Andrea Soto, individually; et al. | FOR COURT USE ONLY |
|---|---|
| | Ref No. or File No.:<br>Andrea Soto v. County of Rivers |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Central District of California, Western Division - First Street | |
| Plaintiff: Andrea Soto, individually; et al.<br>Defendant: County of Riverside; et al. | |

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>5:25CV00874 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Notice of Assignment to United States Judges; Notice to Parties of Court-Directed Adr Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Summons in a Civil Action; First Amended Complaint; Affidavit Of Plaintiff Andrea Soto Regarding Status As Successor In Interest To Kenneth Andrew Soto

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Costa Mesa, California, addressed as follows:

   a. Date of Mailing:        April 29, 2025
   b. Place of Mailing:       Costa Mesa, CA
   c. Addressed as follows:   County of Riverside
                              ATTENTION: Katie Flores- Board Assistant - Person Authorized to Accept   -
                              4080 Lemon St Fl 1ST
                              Riverside, CA 92501-3634

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business.

Fee for Service: $ 79.90
   DDS Legal Support
   2900 Bristol Street
   Costa Mesa, CA 92626
   (714) 662-5555
   Ref: Andrea Soto v. County of Rivers

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on April 29, 2025.

Signature: _____
                    Monica Figueroa

PROOF OF SERVICE BY MAIL

Order#: 653114A/mailproof